USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

GARTH MARCHANT et al.,

                     Plaintiffs,

        -against-                20-cv-10544 (VEC)

HONORABLE BILL DE BLASIO, CORY          ORDER
JOHNSON, BOARD OF ELECTIONS, and CITY
OF NEW YORK,

                    Defendants.

------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on December 18, 2020, the parties appeared before the Court via

teleconference for a show-cause hearing on Plaintiffs' motion for a preliminary injunction;

        IT IS HEREBY ORDERED that, for the reasons stated on the record at the December 18,

2020 hearing, Plaintiffs' request for a preliminary injunction is DENIED.

        IT IS FURTHER ORDERED that Defendants must respond to the Complaint not later

than **February 5, 2021**.  If Defendants move to dismiss the Complaint, Plaintiffs must respond to

Defendants' motion not later than **March 5, 2021**.  Defendants may reply in further support of

their motion not later than **March 19, 2020**.


**SO ORDERED.**

**Date:  December 18, 2020**                 **VALERIE CAPRONI**
      **New York, New York**           **United States District Judge**