**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GARTH MARCHANT et al.,

                Plaintiffs,

-against-                              20 **CIVIL** 10544 (VEC)

## **JUDGMENT**

HONORABLE BILL DE BLASIO, NEW YORK
CITY COUNCIL CORY JOHNSON, BOARD OF
ELECTIONS OF THE CITY OF NEW YORK,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 15, 2021, Defendants' motion to dismiss is GRANTED, and this case is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York

      September 15, 2021

                                                        **RUBY J. KRAJICK**

                                                         **Clerk of Court**
                              **BY:**   *K. Mango*

                                                          **Deputy Clerk**